**E-Filed 8/27/2010**

Robert Alan Jones, esq.
*pro hac vice*
1061 E. Flamingo Road, Suite 7
Las Vegas, NV 89119
Telephone: (702) 791-3403
*Lead Counsel for Thomas E. Seidel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | | |
|---|---|---|
| THOMAS E. SEIDEL, | ) | Case No. 5:09-CV-04875 |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | Honorable Jeremy Fogel |

[PROPOSED]

**ORDER**

On August 21, 2010, Robert Alan Jones, counsel for Defendant Thomas Everett Seidel, moved for an enlargement of time within which to file Plaintiff's opposition to the Defendant United States' Motion for Summary Judgment. After consideration of the pleadings including the fact that there have been no previous continuances in this case, the Motion is granted. The date for filing Plaintiff's opposition to Defendant's Motion for Summary Judgement is enlarged to September 24, 2010, and the hearing on the Motion is scheduled for October __15__, 2010.

Dated: 8/27/2010

_____
United States District Judge

Defendant's Request for Enlargement
of Time to Respond to Govt. MSJ
[5:09-cv-04875-JF]

-1-