1  Robert Alan Jones, esq.
   *pro hac vice*
2  1061 E. Flamingo Road, Suite 7
   Las Vegas, NV 89119
3  Telephone: (702) 791-3403
   *Lead Counsel for Thomas E. Seidel*
4

5  Thomas R. Hogan
   333 West Santa Clara Street, Suite 800
6  San Jose, CA 95113
   Telephone: (408) 292-7600
7  *Local Counsel for Thomas E. Seidel*

8

9              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
10                    **SAN JOSE DIVISION**

11  THOMAS E. SEIDEL,               )   Case No. 5:09-CV-04875
                                    )
12              Plaintiff,          )
                                    )
13  v.                              )   [PROPOSED] ORDER
                                    )
14  UNITED STATES OF AMERICA,       )
                                    )
15              Defendant.          )   Honorable Jeremy Fogel

16

17                         [PROPOSED]

                              **ORDER**
18

19      On September 23, 2010, Robert Alan Jones, counsel for Defendant Thomas Everett Seidel,

20  moved to vacate and reset the hearing date for the United States Motion for Summary Judgment, and

21  correspondingly the date on which Plaintiff's Opposition to the Motion for Summary Judgment is

22  due to be filed. After consideration of the Pleadings including the fact that moving the hearing date

23  on the Motion for Summary Judgment to October 29, 2010 will enable this Court to hear both the

24  Summary Judgment Motion, and Plaintiff's Motion to Amend the Complaint on the same date, the

25  motion will be granted. Hearing both motions on the same date will help to promote efficient

26  administration of justice.

27

28  PROPOSED ORDER
    [5:09-cv-04875-JF]

1  The date for filing Plaintiff's opposition to Defendant's Motion for Summary Judgement is
2  enlarged to October 8, 2010, and the hearing on the Motion is re scheduled for October 29, 2010.
3
4
5  Dated: __10/8/10_____
6  _____
7  United States District Judge

PROPOSED ORDER
[5:09-cv-04875-JF]                                -2-