\*\*E-Filed 10/19/2010\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| THOMAS E. SEIDEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case Number 5:09-cv-04875-JF/HRL<br><br>ORDER GRANTING DEFENDANT'S MOTION TO FILE LATE OPPOSITION; DENYING PLAINTIFF'S MOTION TO VACATE HEARING; AND RESETTING MOTIONS FOR HEARING ON DECEMBER 3, 2010<br><br>[re docket entries 32, 33, 35 ] |

Defendant's motion for leave to file a late opposition to Seidel's motion to vacate the hearing on the pending motion for summary judgment is GRANTED.

Plaintiff's motion to vacate the hearing on Defendant's motion for summary judgment is DENIED.

Plaintiff's motion for leave to amend his pleading and Defendant's motion for summary judgment are RESET for hearing on December 3, 2010, to be heard concurrently with Plaintiff's motion for leave to join an additional party plaintiff.

IT IS SO ORDERED.

DATED: 10/19/2010

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　United States District Judge

Case No. 5:09-cv-04875-JF/HRL
ORDER GRANTING DEFENDANT'S MOTION TO FILE LATE OPPOSITION ETC.
(JFLC2)