Robert Alan Jones, Esq  **E-Filed 10/20/2010**
*pro hac vice.*
1061 E. Flamingo Road, Suite 7
Las Vegas, NV 89119
Telephone: (702) 791-3403
*Lead Counsel for Thomas E. Seidel*

Thomas R. Hogan
McPharlin Sprinkles & Thomas LLP
160 W. Santa Clara Street, Suite 400
San Jose, CA 95113
Phone:  408-293-1900
Local Counsel for Thomas E. Seidel

# UNITED STATES DISTRICT COURT FOR

# THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| THOMAS E. SEIDEL, | |
| Plaintiff, | Case No.  5:09-CV-04875 |
| v. | Honorable Judge Jeremy Fogel |
| UNITED STATES OF AMERICA, and COMMISSIONER OF INTERNAL REVENUE, | [PROPOSED]-- |
| Defendants. | **ORDER** |

[PROPOSED]

**ORDER**

On October 19, 2010, Robert Alan Jones, counsel for Plaintiff Thomas Everett Seidel, ECF

E-Filed Document 36, Response to Defendant's Motion for Leave to Late-File Opposition to Motion

**Proposed Order for Removal
of Document 36 from ECF
Case No. 509-cv-04875**

1  to Vacate. Inadvertently Defendant included social security numbers on Exhibit 1, Exhibit 2, pg.
2  1 and Exhibit 2, pg. 2 of Document 36.
3      It is hereby ordered that Document 36 shall be removed from ECF and Defendant Thomas
4  Everett Seidel, shall file re-file the Response to Defendant's Motion for Leave to Late-File
5  Opposition to Motion to Vacate redacting any and all social security numbers.

    Dated:  10/20/2010

                                             United States District Judge

**Proposed Order for Removal**
**of Document 36 from ECF**
**Case No. 509-cv-04875**