MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorneys
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102-3495
 Telephone: (415) 436-7000
 FAX:        (415) 436-6748
Attorneys for United States

**E-Filed 12/21/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS E. SEIDEL,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. CV 09-4875 JF<br><br>STIPULATED REQUEST TO RESCHEDULE MOTIONS HEARING AND [~~PROPOSED~~] ORDER<br><br>Date: January 28, 2011<br>Time: 9:00 a.m. |

The United States of America and Thomas E. Seidel, agree, subject to the Court's approval, as follows:

That the motions hearing, currently scheduled for January 21, 2011, be rescheduled to January 28, 2011, at 9:00 a.m., and that the response and reply dates be rescheduled accordingly. This request is made to accommodate government counsel's trial schedule for the week of January 10, 2011.

//
//
//
//
//

1  IT IS SO STIPULATED:           MELINDA HAAG
                                  United States Attorney

3   DATED: 12/15/10               /s/ Cynthia Stier
                                  CYNTHIA L. STIER
                                  Assistant United States Attorney
                                  Tax Division

    DATED:  12/15/10              /s/
                                  ROBERT ALAN JONES
                                  Attorney for Plaintiff, Thomas E. Seidel

## ORDER

In light of the stipulation and agreement of the parties to this action, and good cause appearing therefor, it is HEREBY ORDERED that the motions hearing, currently scheduled for January 21, 2011, be rescheduled to January 28, 2011, at 9:00 a.m. as set forth above.

DATED: 12/16/2010

_____
JEREMY FOGEL
United States District Judge