MELINDA HAAG (CABN 132612)  **E-Filed 1/5/2011**
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorneys
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102-3495
 Telephone: (415) 436-7000
 FAX:       (415) 436-6748
Attorneys for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS E. SEIDEL, | No. CV 09-4875 JF |
| | Related Cases: 09-04875-JF |
| Plaintiff, | 10-05074-JF |
| v. | STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT |
| UNITED STATES OF AMERICA, | CONFERENCE AND [PROPOSED] ORDER |
| Defendant. | Date: January 28, 2011 |
| | Time: 9:00 a.m. |

   The United States of America, Thomas E. Seidel, and Four Rivers Investments, Inc., agree,

subject to the Court's approval, as follows:

   That the case management conference, currently scheduled for January 21, 2011, be

rescheduled to January 28, 2011, at 9:00 a.m., the same date as the motions hearing.

//

//

//

//

//

| | | |
|---|---|---|
| IT IS SO STIPULATED: | | MELINDA HAAG<br>United States Attorney |
| DATED: January 4, 2011 | | /s/ Cynthia Stier<br>CYNTHIA L. STIER<br>Assistant United States Attorney<br>Tax Division |
| DATED: January 4, 2011 | | /s/ Robert Alan Jones<br>ROBERT ALAN JONES<br>Attorney for Plaintiff, Thomas E. Seidel |
| DATED: January 4, 2011 | | /s/ Robert Goldstein<br>ROBERT GOLDSTEIN<br>Attorney for Four Rivers and Vicki Seidel |

## ORDER

In light of the stipulation and agreement of the parties to this action, and good cause appearing therefor, it is HEREBY ORDERED that the case management conference, currently scheduled for January 21, 2011, be rescheduled to January 28, 2011, at 9:00 a.m. as set forth above.

DATED: 1/5/2011

_____
JEREMY FOGEL
United States District Judge