**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| THOMAS E. SEIDEL,        ) | |
| )                         | |
| Plaintiff,                ) | |
| )                         | |
| v.                        ) | Case No. 3:09-cv-04875-MMC |
| )                         | |
| UNITED STATES OF AMERICA, ) | |
| )                         | |
| Defendant.                ) | |

| | |
|---|---|
| FOUR RIVERS INVESTMENTS, INC.,  ) | |
| )                                | |
| Plaintiff,                       ) | Case No. 3:10-cv-05074-MMC |
| )                                | |
| v.                               ) | |
| )                                | |
| UNITED STATES OF AMERICA and     ) | |
| COMMISSIONER OF INTERNAL         ) | |
| REVENUE.                         ) | Date:  December 9, 2011 |
| )                                | Time:  10:30a.m. |
| Defendants.                      ) | Place: Federal Building |
|                                   | San Francisco |

[~~PROPOSED~~] ORDER GRANTING

**ADMINISTRATIVE REQUEST FOR PLAINTIFF
THOMAS E. SEIDEL'S ATTORNEYS TO ATTEND
CASE MANAGEMENT CONFERENCE BY TELEPHONE**

For good cause shown, it is hereby ORDERED that the **Administrative Request for Plaintiff Thomas E. Seidel's Attorneys to Attend Case Management Conference by Telephone** is Granted in part, and that Robert Alan Jones ~~and Thomas R. Hogan~~ may appear by telephone on December 9, 2011 at 10:30 a.m.

ORDERED:  December 8, 2011

_(signature: Maxine M. Chesney)_
THE HONORABLE MAXINE CHESNEY
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
[5:09-cv-04875-JF] [5:10-cv-05074-JF]         -1-