**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| THOMAS E. SEIDEL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:09-cv-04875-MMC |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |
| FOUR RIVERS INVESTMENTS, INC., | ) |
| Plaintiff, | ) Case No. 3:10-cv-05074-MMC |
| v. | ) |
| UNITED STATES OF AMERICA and COMMISSIONER OF INTERNAL REVENUE. | ) Date:  December 9, 2011<br>) Time:  10:30a.m. |
| Defendants. | ) Place: Federal Building<br>)         San Francisco |

[~~PROPOSED~~] ORDER GRANTING

**ADMINISTRATIVE REQUEST FOR PLAINTIFF
THOMAS E. SEIDEL'S ATTORNEYS TO ATTEND
CASE MANAGEMENT CONFERENCE BY TELEPHONE**

For good cause shown, it is hereby ORDERED that the **Administrative Request for Plaintiff Thomas E. Seidel's Attorneys to Attend Case Management Conference by Telephone** is Granted in part, and that Robert Alan Jones ~~and Thomas R. Hogan~~ may appear by telephone on December 9, 2011 at 10:30 a.m.

ORDERED: __December 8, 2011__

_____
THE HONORABLE MAXINE CHESNEY
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
[5:09-cv-04875-JF] [5:10-cv-05074-JF]          -1-