IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. SEIDEL,<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant.<br>_____/ | No. C 09-4875 MMC<br><br>**ORDER DENYING PLAINTIFF VICKI SEIDEL'S MOTION TO DISMISS WITHOUT PREJUDICE** |
| VICKI SEIDEL,<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant.<br>_____/ | No. C 10-5073 MMC |
| FOUR RIVERS INVESTMENTS, INC.<br><br>  v.<br><br>UNITED STATES OF AMERICA, and COMMISSIONER OF INTERNAL REVENUE,<br><br>   Defendants.<br>_____/ | No. C 10-5074 MMC |

Before the Court is plaintiff Vicki Seidel's motion, filed December 16, 2011, to dismiss without prejudice her claims in the above-titled consolidated action. Defendant

1  United States of America has filed opposition to the extent the motion seeks dismissal
2  without, rather than with, prejudice.  Having read and considered the parties' respective
3  written submissions, the Court deems the matter suitable for decision thereon, VACATES
4  the hearing scheduled for January 20, 2012 and rules as follows.
5        The motion to dismiss without prejudice is hereby DENIED, for the reason that Vicki
6  Seidel's claims and the claims of the other two plaintiffs are inextricably intertwined.  <u>See,</u>
7  <u>e.g.</u>, <u>Hyde & Drath v. Baker</u>, 24 F.3d 1162, 1169 (9th Cir. 1994) (denying motion to dismiss
8  where movant's claims "inextricably entangled" in ongoing lawsuit), with the potential for
9  inconsistent decisions should her claims be refiled in a separate action.
10       **IT IS SO ORDERED.**
11 Dated:  January 17, 2012

                              _____
12                               MAXINE M. CHESNEY
                              United States District Judge