**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. SEIDEL, | No. C 09-4875 MMC |
|     Plaintiff, | **ORDER DENYING PLAINTIFF VICKI SEIDEL'S MOTION TO DISMISS WITHOUT PREJUDICE** |
|     v. | |
| UNITED STATES OF AMERICA, | |
|     Defendant. / | |
| VICKI SEIDEL, | No. C 10-5073 MMC |
|     Plaintiff, | |
|     v. | |
| UNITED STATES OF AMERICA, | |
|     Defendant. / | |
| FOUR RIVERS INVESTMENTS, INC. | No. C 10-5074 MMC |
|     v. | |
| UNITED STATES OF AMERICA, and COMMISSIONER OF INTERNAL REVENUE, | |
|     Defendants. / | |

    Before the Court is plaintiff Vicki Seidel's motion, filed December 16, 2011, to dismiss without prejudice her claims in the above-titled consolidated action. Defendant

United States of America has filed opposition to the extent the motion seeks dismissal without, rather than with, prejudice.  Having read and considered the parties' respective written submissions, the Court deems the matter suitable for decision thereon, VACATES the hearing scheduled for January 20, 2012 and rules as follows.

      The motion to dismiss without prejudice is hereby DENIED, for the reason that Vicki Seidel's claims and the claims of the other two plaintiffs are inextricably intertwined.  See, e.g., Hyde & Drath v. Baker, 24 F.3d 1162, 1169 (9th Cir. 1994) (denying motion to dismiss where movant's claims "inextricably entangled" in ongoing lawsuit), with the potential for inconsistent decisions should her claims be refiled in a separate action.

**IT IS SO ORDERED.**

Dated:  January 17, 2012

                                        MAXINE M. CHESNEY
                                        United States District Judge