MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorneys
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102-3495
Telephone: (415) 436-7000
 FAX:         (415) 436-7009
Attorneys for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS E. SEIDEL, | No. CV 09-4875 ~~JF~~ MMC (JCS) |
| Plaintiff, | |
| v. | STIPULATED REQUEST TO RESCHEDULE SETTLEMENT CONFERENCE AND [~~PROPOSED~~] ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

   The United States of America, Thomas E. Seidel, Vicki Seidel, and Four Rivers, agree,

subject to the Court's approval, as follows:

   1. That the settlement conference, scheduled by the Honorable Joseph Spero for 9:30 a.m. - JCS
      January 31, 2012, be rescheduled to March 27, 2012, commencing at ~~10:00 a.m~~.


IT IS SO STIPULATED:              MELINDA HAAG
                                  United States Attorney


                                  /s/ Cynthia Stier
                                  CYNTHIA L. STIER
                                  Assistant United States Attorney
                                  Tax Division


DATED: January 30, 2012           /s/ Robert Alan Jones
                                  ROBERT ALAN JONES
                                  Attorney for Plaintiff, Thomas E. Seidel

1  DATED: January 30, 2012           /s/ Robert Goldstein
                                     ROBERT GOLDSTEIN
2                                    100 Bush Street #501
                                     San Francisco, CA 94104
3                                    Attorney for Four Rivers and Vicki Seidel

4

5                                        ORDER

6

7       In light of the stipulation and agreement of the parties to this action, and good cause

8  appearing therefor, it is HEREBY ORDERED that the Settlement Conference, currently
                                                              9:30 a.m. - JCS
9  scheduled for January 31, 2011, be rescheduled to March 27, 2012, at ~~10:00 a.m.~~

10

11

12 DATED:   Jan., 31, 2012

13                                   JOSE
                                     United States    [IT IS SO ORDERED AS MODIFIED]
14                                                    Judge Joseph C. Spero

---

Stipulation and [Proposed] Order
Seidel v. United States
CV 09-4875 MMC                2