**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| THOMAS E. SEIDEL, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 3:09-cv-04875-MMC |
| | ) | |
| UNITED STATES OF AMERICA, and | ) | |
| C.I.R., | ) | |
| Defendants. | ) | |
| ———————————————— | ) | ———————————————— |
| | ) | |
| VICKI SEIDEL, | ) | Case No. 3:10-cv-05073-MMC |
| Plaintiff, | ) | |
| v. | ) | **Date:  May 11, 2012** |
| | ) | **Time:  9:00 a.m.** |
| UNITED STATES OF AMERICA, and | ) | |
| C.I.R., | ) | |
| Defendants. | ) | |
| ———————————————— | ) | ———————————————— |
| | ) | |
| FOUR RIVERS INVESTMENTS, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:10-cv-05074-MMC |
| | ) | |
| UNITED STATES OF AMERICA and | ) | |
| COMMISSIONER OF INTERNAL | ) | |
| REVENUE. | ) | |
| Defendants. | ) | |
| ———————————————— | ) | ———————————————— |

**[PROPOSED] ORDER GRANTING**
**PLAINTIFFS' MOTION TO EXTEND**
**SUMMARY JUDGMENT HEARING DATE**

For good cause shown, it is hereby ORDERED that the Plaintiffs' Motion to Extend Summary Judgment Hearing Date is GRANTED, and the date be reset to ___June 29___, 2012 at __9:00__, and all corresponding dates be adjusted in accordance therewith.

It is further ORDERED that plaintiff Thomas Seidel's opposition to the Motion for Summary Judgment[1] shall be filed no later than June 8, 2012.  The Government's reply to plaintiffs' oppositions shall be filed no later than June 15, 2012.

[PROPOSED] Order
[3:09-cv-04875-MMC] [3:10-cv-05073-MMC]
[5:10-cv-05074-MMC]                          -1-

---

[1] Plaintiffs Vicki Seidel and Four Rivers Investments, Inc. filed their opposition on April 17, 2012.

ORDERED: _April 20, 2012_

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

[~~PROPOSED~~] Order
[3:09-cv-04875-MMC] [3:10-cv-05073-MMC]
[5:10-cv-05074-MMC]                    -2-