UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS E. SEIDEL,<br>          Plaintiff,<br>v.<br>UNITED STATES OF AMERICA, and C.I.R.,<br>          Defendants. | Case No. 3:09-cv-04875-MMC |
| VICKI SEIDEL,<br>          Plaintiff,<br>v.<br>UNITED STATES OF AMERICA, and C.I.R.,<br>          Defendants. | Case No. 3:10-cv-05073-MMC<br><br>**Date:  May 11, 2012**<br>**Time:  9:00 a.m.** |
| FOUR RIVERS INVESTMENTS, INC.,<br>          Plaintiff,<br>v.<br>UNITED STATES OF AMERICA and COMMISSIONER OF INTERNAL REVENUE.<br>          Defendants. | Case No. 5:10-cv-05074-MMC |

**[~~PROPOSED~~] ORDER GRANTING
PLAINTIFFS' MOTION TO EXTEND
SUMMARY JUDGMENT HEARING DATE**

For good cause shown, it is hereby ORDERED that the Plaintiffs' Motion to Extend Summary Judgment Hearing Date is GRANTED, and the date be reset to __June 29__, 2012 at __9:00__, and all corresponding dates be adjusted in accordance therewith.

It is further ORDERED that plaintiff Thomas Seidel's opposition to the Motion for Summary Judgment[1] shall be filed no later than June 8, 2012.  The Government's reply to plaintiffs' oppositions shall be filed no later than June 15, 2012.

[~~PROPOSED~~] Order
[3:09-cv-04875-MMC] [3:10-cv-05073-MMC]
[5:10-cv-05074-MMC]                              -1-

---

[1] Plaintiffs Vicki Seidel and Four Rivers Investments, Inc. filed their opposition on April 17, 2012.

ORDERED: April 20, 2012

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

[PROPOSED] Order
[3:09-cv-04875-MMC] [3:10-cv-05073-MMC]
[5:10-cv-05074-MMC]                    -2-