IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. SEIDEL, | No. C 09-4875 MMC |
| Plaintiff, | **ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| v. | |
| UNITED STATES OF AMERICA, and COMMISSIONER OF INTERNAL REVENUE, | |
| Defendants. / | |
| VICKI SEIDEL, | No. C 10-5073 MMC |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, and COMMISSIONER OF INTERNAL REVENUE, | |
| Defendants. / | |
| FOUR RIVERS INVESTMENTS, INC. | No. C 10-5074 MMC |
| v. | |
| UNITED STATES OF AMERICA, and COMMISSIONER OF INTERNAL REVENUE, | |
| Defendants. / | |

Before the Court is plaintiff Thomas E. Seidel's ("Seidel") Motion for Leave to File

Motion for Reconsideration, filed May 29, 2012, by which Seidel seeks leave to move to set aside the Court's May 18, 2012 order reinstating the above-titled action to the Court's calendar and setting a Case Management Conference. Seidel argues that a binding settlement of said action was reached and remains in effect.

The Motion for Leave to File Motion for Reconsideration is hereby DENIED, for the reason that the Court, by the subject order, made no ruling as to the continued viability of the parties' settlement. Rather, the purpose of the Court's order was to bring the matter before the Court to address the parties' respective positions as to the status of the settlement.

**IT IS SO ORDERED.**

Dated: June 1, 2012

MAXINE M. CHESNEY
United States District Judge