1  Robert Alan Jones, Esq.                          Thomas R. Hogan
   *pro hac vice*                                    McPharlin Sprinkles & Thomas
2  PMB 12779                                         160 W. Santa Clara Street, Suite 400
   Las Vegas, NV 89112                               San Jose, CA 95113
3  Telephone: (702) 791-3403                         Telephone: (408) 293-1900
   Email: info@rajlv.com                             Email: thogan@mstpartners.com
4  *Lead Counsel for Thomas E. Seidel*               *Local Counsel for Thomas E. Seidel*

5                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
6                    **SAN FRANCISCO DIVISION**

7  THOMAS E. SEIDEL,                        )
                        Plaintiff,          )
8                                           )
   v.                                       )        Case No. 3:09-cv-04875-MMC
9                                           )
   UNITED STATES OF AMERICA,                )
10                      Defendant.          )
   ─────────────────────────────           )   ─────────────────────────────
11                                          )
   VICKI SEIDEL,                            )
12                      Plaintiff,          )
                                            )
13 v.                                       )        Case No. 3:10-cv-05073-MMC
                                            )
14 UNITED STATES OF AMERICA,                )
                        Defendant.          )
15                                          )
                                            )
16 ─────────────────────────────           )   ─────────────────────────────
                                            )
17 FOUR RIVERS INVESTMENTS, INC.,           )
                        Plaintiff,          )
18                                          )
   v.                                       )        Case No. 5:10-cv-05074-MMC
19                                          )
   UNITED STATES OF AMERICA and             )        Date:  June 8, 2012
   COMMISSIONER OF INTERNAL                 )        Time:  10:30 a.m.
20 REVENUE.                                 )        Place: Federal Building
                        Defendants.         )               San Francisco
21 ─────────────────────────────           )   ─────────────────────────────

22                    [~~PROPOSED~~] ORDER GRANTING

23                  **ADMINISTRATIVE REQUEST FOR PLAINTIFF**
                    **THOMAS E. SEIDEL'S ATTORNEY TO ATTEND**
24                  **CASE MANAGEMENT CONFERENCE BY TELEPHONE**

25

26      For good cause shown, it is hereby ORDERED that the **Administrative Request for**

27 [PROPOSED] ORDER
   [3:09-cv-04875-MMC] [3:10-cv-05073-MMC]
28 [5:10-cv-05074-MMC]                      -1-

1   **Plaintiff Thomas E. Seidel's Attorney to Attend Case Management Conference by telephone**

2   is Granted, and that Robert Alan Jones may appear by telephone on June 8, 2012 at 10:30 a.m.;

3   local counsel for Thomas E. Seidel shall appear in person at said conference.

4   ORDERED: ___June 6, 2012___

5

6   _____
    THE HONORABLE MAXINE CHESNEY

7   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  [PROPOSED] ORDER
    [3:09-cv-04875-MMC] [3:10-cv-05073-MMC]

28  [5:10-cv-05074-MMC]                                    -2-