| | |
|---|---|
| Robert Alan Jones, Esq. | Thomas R. Hogan |
| *pro hac vice* | McPharlin Sprinkles & Thomas |
| PMB 12779 | 160 W. Santa Clara Street, Suite 400 |
| Las Vegas, NV 89112 | San Jose, CA 95113 |
| Telephone: (702) 791-3403 | Telephone: (408) 293-1900 |
| Email: info@rajlv.com | Email: thogan@mstpartners.com |
| *Lead Counsel for Thomas E. Seidel* | *Local Counsel for Thomas E. Seidel* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

THOMAS E. SEIDEL,
        Plaintiff,

v.

UNITED STATES OF AMERICA,
        Defendant.

Case No. 3:09-cv-04875-MMC

VICKI SEIDEL,
        Plaintiff,

v.

UNITED STATES OF AMERICA,
        Defendant.

Case No. 3:10-cv-05073-MMC

FOUR RIVERS INVESTMENTS, INC.,
        Plaintiff,

v.

UNITED STATES OF AMERICA and
COMMISSIONER OF INTERNAL
REVENUE.
        Defendants.

Case No. 5:10-cv-05074-MMC

Date:  June 8, 2012
Time:  10:30 a.m.
Place:  Federal Building
        San Francisco

[~~PROPOSED~~] ORDER GRANTING

**ADMINISTRATIVE REQUEST FOR PLAINTIFF**
**THOMAS E. SEIDEL'S ATTORNEY TO ATTEND**
**CASE MANAGEMENT CONFERENCE BY TELEPHONE**

For good cause shown, it is hereby ORDERED that the **Administrative Request for**

[PROPOSED] ORDER
[3:09-cv-04875-MMC] [3:10-cv-05073-MMC]
[5:10-cv-05074-MMC]        -1-

1 | **Plaintiff Thomas E. Seidel's Attorney to Attend Case Management Conference by telephone**
2 | is Granted, and that Robert Alan Jones may appear by telephone on June 8, 2012 at 10:30 a.m.;
3 | local counsel for Thomas E. Seidel shall appear in person at said conference.
4 | ORDERED:  June 6, 2012

_____
THE HONORABLE MAXINE CHESNEY
UNITED STATES DISTRICT JUDGE

27 | [PROPOSED] ORDER
28 | [3:09-cv-04875-MMC] [3:10-cv-05073-MMC]
     [5:10-cv-05074-MMC]                    -2-