| | |
|---|---|
| Robert Alan Jones, Esq. | Thomas R. Hogan |
| *pro hac vice* | McPharlin Sprinkles & Thomas |
| PMB 12779 | 160 W. Santa Clara Street, Suite 400 |
| Las Vegas, NV 89112 | San Jose, CA 95113 |
| Telephone: (702) 791-3403 | Telephone: (408) 293-1900 |
| Email: info@rajlv.com | Email: thogan@mstpartners.com |
| *Lead Counsel for Thomas E. Seidel* | *Local Counsel for Thomas E. Seidel* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

THOMAS E. SEIDEL,
        Plaintiff,

v.

UNITED STATES OF AMERICA,
        Defendant.

Case No. 3:09-cv-04875-MMC

VICKI SEIDEL,
        Plaintiff,

v.

UNITED STATES OF AMERICA,
        Defendant.

Case No. 3:10-cv-05073-MMC

FOUR RIVERS INVESTMENTS, INC.,
        Plaintiff,

v.

UNITED STATES OF AMERICA and
COMMISSIONER OF INTERNAL
REVENUE.
        Defendants.

Case No. 5:10-cv-05074-MMC

Date:  June 8, 2012
Time:  10:30 a.m.
Place:  Federal Building
        San Francisco

[~~PROPOSED~~] ORDER GRANTING

**ADMINISTRATIVE REQUEST FOR PLAINTIFF**
**THOMAS E. SEIDEL TO ATTEND**
**CASE MANAGEMENT CONFERENCE BY TELEPHONE**

For good cause shown, it is hereby ORDERED that the **Administrative Request for**

[PROPOSED] ORDER
[3:09-cv-04875-MMC] [3:10-cv-05073-MMC]
[5:10-cv-05074-MMC]        -1-

1 **Plaintiff Thomas E. Seidel to Attend Case Management Conference by telephone** is Granted, and that Thomas E. Seidel may appear by telephone on June 8, 2012 at 10:30 a.m., provided the Clerk of the Court is given, no later than June 7 at 4:00 p.m., a telephone number at which said plaintiff can be reached.  The Court notes, however, that all represented parties to the action may appear at the conference solely by counsel.
ORDERED:  June 6, 2012

_____
THE HONORABLE MAXINE CHESNEY
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
[3:09-cv-04875-MMC] [3:10-cv-05073-MMC]
[5:10-cv-05074-MMC]                                   -2-