| | |
|---|---|
| Robert Alan Jones, Esq. <br> *pro hac vice* <br> PMB 12779 <br> Las Vegas, NV 89112 <br> Telephone: (702) 791-3403 <br> Email: info@rajlv.com <br> *Lead Counsel for Thomas E. Seidel* | Thomas R. Hogan <br> McPharlin Sprinkles & Thomas <br> 160 W. Santa Clara Street, Suite 400 <br> San Jose, CA 95113 <br> Telephone: (408) 293-1900 <br> Email: thogan@mstpartners.com <br> *Local Counsel for Thomas E. Seidel* |

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THOMAS E. SEIDEL, <br>     Plaintiff, <br> v. <br> UNITED STATES OF AMERICA, <br>     Defendant. | Case No. 3:09-cv-04875-MMC |
| VICKI SEIDEL, <br>     Plaintiff, <br> v. <br> UNITED STATES OF AMERICA, <br>     Defendant. | Case No. 3:10-cv-05073-MMC |
| FOUR RIVERS INVESTMENTS, INC., <br>     Plaintiff, <br> v. <br> UNITED STATES OF AMERICA and COMMISSIONER OF INTERNAL REVENUE. <br>     Defendants. | Case No. 5:10-cv-05074-MMC <br><br> Date: June 8, 2012 <br> Time: 10:30 a.m. <br> Place: Federal Building <br>        San Francisco |

[~~PROPOSED~~] ORDER GRANTING

**ADMINISTRATIVE REQUEST FOR PLAINTIFF
THOMAS E. SEIDEL TO ATTEND
CASE MANAGEMENT CONFERENCE BY TELEPHONE**

    For good cause shown, it is hereby ORDERED that the **Administrative Request for**

[PROPOSED] ORDER
[3:09-cv-04875-MMC] [3:10-cv-05073-MMC]
[5:10-cv-05074-MMC]                             -1-

1 | **Plaintiff Thomas E. Seidel to Attend Case Management Conference by telephone** is Granted,

2 | and that Thomas E. Seidel may appear by telephone on June 8, 2012 at 10:30 a.m., provided

3 | the Clerk of the Court is given, no later than June 7 at 4:00 p.m., a telephone number at which said plaintiff can be reached.  The Court notes, however, that all represented parties to the action may appear at the conference solely by counsel.

4 | ORDERED:  June 6, 2012

_____
THE HONORABLE MAXINE CHESNEY
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
[3:09-cv-04875-MMC] [3:10-cv-05073-MMC]
[5:10-cv-05074-MMC]                                             -2-