ROBERT GOLDSTEIN (SBN 184226)
Law Offices of Robert L. Goldstein
100 Bush Street #501
San Francisco, CA 94104
Phone: (415) 391-8700
Fax: (415) 391-8701

*Attorney for Four Rivers Investment, Inc.
& Vicki Seidel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS E. SEIDEL,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:09-cv-04875-MMC |
| VICKI SEIDEL,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:10-CV-05073-MMC |
| FOUR RIVERS INVESTMENTS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, and COMMISSIONER OF INTERNAL REVENUE,<br><br>    Defendants. | Case No. 5:10-cv-05074-MMC |

**STIPULATION TO CHANGE DATE AND TIME OF SETTLEMENT CONFERENCE**

1

2   Plaintiffs Four Rivers Investments, Inc., Vicki Seidel, Thomas Seidel and Defendant, the

3   United States of America, hereby file this stipulation to change the date of the currently

4   scheduled Settlement Conference with United States Magistrate Judge Joseph C. Spero. The

5   current Settlement Conference between the parties is currently scheduled to take place on July

6   17th, 2012 but the parties have all agreed to change the settlement conference with Judge Spero

7

8   to August 29th, 2012 at 9:30 am.

9

10

11  Respectfully submitted this 2nd day of July 2012.

            /s/ Robert L. Goldstein
            Robert L. Goldstein,
            Attorney for Four Rivers and Vicki Seidel
            100 Bush St., Suite 501
            San Francisco, CA 94104
            Telephone: (415) 391-8700


            _____
            Robert Alan Jones, Esq.
            Attorney for Thomas E. Seidel
            1061 E. Flamingo Road, Suite 7
            Las Vegas, NV 89119
            Telephone: (702) 791-3403


            _____
            Cynthia L. Stier
            Attorney for Defendants
            450 Golden Gate Ave., 11th Floor
            Box 36055
            San Francisco, CA 94102
            Telephone: (415) 436-7009



IT IS SO ORDERED
Judge Joseph C. Spero
07/03/2012