ROBERT GOLDSTEIN (SBN 184226)
Law Offices of Robert L. Goldstein
100 Bush Street #501
San Francisco, CA 94104
Phone: (415) 391-8700
Fax: (415) 391-8701

*Attorney for Four Rivers Investment, Inc.
& Vicki Seidel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS E. SEIDEL,<br><br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:09-cv-04875-MMC |
| VICKI SEIDEL,<br><br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:10-CV-05073-MMC |
| FOUR RIVERS INVESTMENTS, INC.<br><br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA, and<br>COMMISSIONER OF INTERNAL<br>REVENUE,<br><br>Defendants. | Case No. 5:10-cv-05074-MMC |

**STIPULATION TO CHANGE DATE AND TIME OF SETTLEMENT CONFERENCE**

Plaintiffs Four Rivers Investments, Inc., Vicki Seidel, Thomas Seidel and Defendant, the United States of America, hereby file this stipulation to change the date of the currently scheduled Settlement Conference with United States Magistrate Judge Joseph C. Spero. The current Settlement Conference between the parties is currently scheduled to take place on July 17th, 2012 but the parties have all agreed to change the settlement conference with Judge Spero to August 29th, 2012 at 9:30 am.

Respectfully submitted this 2nd day of July 2012.

    /s/ Robert L. Goldstein
Robert L. Goldstein,
Attorney for Four Rivers and Vicki Seidel
100 Bush St., Suite 501
San Francisco, CA 94104
Telephone: (415) 391-8700


Robert Alan Jones, Esq.
Attorney for Thomas E. Seidel
1061 E. Flamingo Road, Suite 7
Las Vegas, NV 89119
Telephone: (702) 791-3403


Cynthia L. Stier
Attorney for Defendants
450 Golden Gate Ave., 11th Floor
Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7009



IT IS SO ORDERED
Judge Joseph C. Spero
07/03/2012