IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. SEIDEL, et al. | No. C 09-4875 MMC |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

| | |
|---|---|
| VICKI SEIDEL, | No. C 10-5073 MMC |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. / | |

| | |
|---|---|
| FOUR RIVERS INVESTMENTS, INC., | No. C 10-5074 MMC |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. / | |

The parties having advised the Court that they have agreed to a settlement of the

above-titled actions,

IT IS HEREBY ORDERED that plaintiffs' claims be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar for further proceedings as appropriate.

**IT IS SO ORDERED.**

Dated: September 11, 2012

MAXINE M. CHESNEY
United States District Judge